**UNITED STATES of America,**
**Plaintiff–Appellee,**

*v.*

**Juan MAY–HERNANDEZ,**
**Defendant–Appellant.**

No. 07–14654
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 2, 2008.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Juan May–Hernandez, Beaumont, TX, pro se.

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, counsel for Juan May–Hernandez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and May–Hernandez's convictions and sentences are **AFFIRMED.** May–Hernandez's motion

for leave to file an untimely response, construed from his letter filed on April 4, 2008, is **DENIED.**